**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civ. No. 01-1080 (DSD/JMM)**

---

John M. Miller,

Plaintiff,

vs.

CBS Broadcasting, Inc., f/k/a CBS, Inc., d/b/a WCCO Radio 830, a New York corporation,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY AND ORDER**

---

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by Plaintiff John M. Miller, through his counsel, and by Defendant CBS Broadcasting, Inc., f/k/a CBS, Inc., d/b/a WCCO Radio 830, a New York corporation, through its counsel, that the above-captioned action may and shall be dismissed in its entirety on the merits, with prejudice and without costs (including but not limited to: any statutory costs; attorneys' fees; and/or disbursements) to any party.

SIEGEL, BRILL, GREUPNER, DUFFY & FOSTER PA

Dated: 6/20, 2002.

M. Gregory Simpson, #204560
100 Washington Avenue South
Minneapolis, MN 55401
Telephone: 612-339-7131
Attorney for Plaintiff

FILED 7-10-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. 7-10-02
DEPUTY CLERK

FLYNN, GASKINS & BENNETT, LLP

Dated: July 8, 2002.

Barbara Jean D'Aquila, #2112X
Karen Reierson, #231083
Suite 2900
333 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-333-9500
Attorneys for Defendant

ORDER

It having been brought to the Court's attention the fact that all parties agree to dismiss this action in its entirety with prejudice and without costs (including but not limited to: any statutory costs; attorneys' fees; and/or disbursements) to any party,

IT IS HEREBY ORDERED THAT this action is dismissed in its entirety with prejudice and without costs (including but not limited to: any statutory costs; attorneys' fees; and/or disbursements) to any party.

LET JUDGMENT OF DISMISSAL WITH PREJUDICE BE ENTERED ACCORDINGLY.

DATED: July 10, 2002.

BY THE COURT: